IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: | ) CASE NO. BK 14-80114 |
| | )     Chapter 7 |
| STEPHEN A. STANGER, | ) |
| | ) |
| Debtor. | ) |

## STATUS REPORT

COMES NOW Thomas D. Stalnaker, the duly appointed, qualified and acting Trustee herein and states that this case is being kept open awaiting receipt of requested information about possible preferential transfers made by Debtor.

Dated:   September 16, 2014

s/Thomas D. Stalnaker
Thomas D. Stalnaker, #13990
STALNAKER, BECKER & BURESH, P.C.
P. O. Box 24268
Omaha, Nebraska 68124
(402) 393-5421
Trustee

CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2014, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to Patricia D. Fahey

s/Thomas D. Stalnaker
Thomas D. Stalnaker

S:\wordperfect\cheri's files\BK\MISC\Stanger-S-StatusRe.9-16-14.wpd